**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UARON MASON,                                                                           PLAINTIFF
ADC #100269

v.                                          1:13CV00070-SWW-JTK

JAMES GONDLES, JR., et al.                                                    DEFENDANTS

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a <u>de</u> <u>novo</u> review of the relevant portions of the record, see 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.       Plaintiff's Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2.       Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.       Plaintiff's motion [doc.#6] to produce evidence is denied.

4.       The Court certifies that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 6th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1